# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 4, 2024

Lyle W. Cayce
Clerk

No. 23-10240
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Corey Shaquielle Johnson,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CR-274-15

———————————————————

Before Davis, Stewart, and Southwick, *Circuit Judges*.

Per Curiam:[*]

Corey Shaquielle Johnson pleaded guilty to possession of a firearm after a felony conviction and was sentenced to 80 months of imprisonment. On appeal, he presents two unpreserved challenges to 18 U.S.C. § 922(g)(1). First, he argues that § 922(g)(1) is unconstitutional under the Second Amendment based on *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*,

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10240

597 U.S. 1 (2022). Next, he asserts that the jurisdictional element of § 922(g)(1) requires more than past interstate travel at an indeterminate time; but if it does not, he maintains that the statute exceeds Congress's authority under the Commerce Clause. The Government has filed an unopposed motion for summary affirmance or, in the alternative, for an extension of time to file its brief.

Johnson correctly concedes that his arguments are foreclosed. *See United States v. Jones*, 88 F.4th 571, 573-74 (5th Cir. 2023), *cert. denied*, 144 S. Ct. 1081 (2024); *United States v. Perryman*, 965 F.3d 424, 426 (5th Cir. 2020). Therefore, summary affirmance is appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). The motion for summary affirmance is GRANTED, the alternative motion for an extension of time is DENIED, and the district court's judgment is AFFIRMED.